No. 81–712. BLALOCK ET AL. *v.* FLORIDA. Appeal from Sup. Ct. Fla. dismissed for want of jurisdiction. JUSTICE BRENNAN would postpone further consideration of question of jurisdiction to a hearing of the case on the merits.

No. 81–743. COWGILL ET AL. *v.* FLORIDA. Appeal from Sup. Ct. Fla. dismissed for want of jurisdiction. JUSTICE BRENNAN would postpone further consideration of question of jurisdiction to a hearing of the case on the merits.

No. 81–782. WALL ET AL. *v.* FLORIDA. Appeal from Sup. Ct. Fla. dismissed for want of jurisdiction. JUSTICE BRENNAN would postpone further consideration of question of jurisdiction to a hearing of the case on the merits.

No. 81–5368. CUMMINGS ET AL. *v.* TOWN OF OAKLAND. Appeal from Sup. Jud. Ct. Me. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. JUSTICE BRENNAN, JUSTICE WHITE, and JUSTICE POWELL would note probable jurisdiction and set case for oral argument.

No. 81–5729. UNITED STATES EX REL. SEVERA *v.* BOARD OF REVIEW OF NEW JERSEY ET AL. Appeal from Sup. Ct. N. J. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.